THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Steven R. Sullivan, *et al.*, | ) | Case No. |
| | ) | |
| Plaintiffs, | ) | Judge |
| | ) | |
| v. | ) | |
| | ) | **CONSENT TO REMOVAL** |
| Bay Point Resort Operations, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Now come Defendants Bay Point Resort Operations, LLC, Bay Point Acquisition, LLC, and Mark Gallavan (hereinafter collectively referred to as "Defendants"), through their undersigned counsel, who Consent to the Removal of this action to United States District Court pursuant to Title 28 U.S.C. §§ 1331, 1333(1), 1441(a) and (c), and 1446, and as set forth in the Notice of Removal, which was reviewed by undersigned counsel on behalf of Defendants.

Respectfully submitted,

*[signature]*

Randall Engwert (0070746)
REMINGER CO., L.P.A.
One SeaGate, Suite 1600
Toledo, Ohio 43604
(419) 254-1311 (phone)
(419) 243-7830 (fax)
Email: rengwert@reminger.com
*Counsel for Bay Point Resort Operations, LLC; Mark Gallavan; and Bay Point Acquisition, LLC*

**EXHIBIT G**